AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Darrell Snow,
*Plaintiff*

v.

State of South Carolina; County of Georgetown; Georgetown County Detention Center; Joann Clarey, Position Lt.; Michael A. Schwartz, Position Administrator; Collette Wineglass, Position Captain,
*Defendants*

Civil Action No.    1:14-cv-00412-TMC

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Darrell Snow, shall take nothing of the defendants; State of South Carolina; County of Georgetown; Georgetown County Detention Center, Michael A. Schwartz, and Collette Wineglass, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Darrell Snow, shall take nothing of the defendant, Joann Clarey, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice as to defendants County of Georgetown; Georgetown County Detention Center, Michael A. Schwartz, and Collette Wineglass.

■ decided by the Honorable Timothy M. Cain, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice as to defendant Joann Clarey.

Date:  October 20, 2014                              *ROBIN L. BLUME, CLERK OF COURT*

                                                     s/A. Buckingham

                                          *Signature of Clerk or Deputy Clerk*